IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| CHINOOK LICENSING DE., LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 14-074 (LPS) |
| | ) | |
| HULU, LLC, | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendant. | ) | |

### DEFENDANT'S FED. R. CIV. P. 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant Hulu, LLC ("Hulu") confirms that is has no parent corporation and that no publicly held corporation owns 10% or more of Hulu's stock.

The following public corporate entities indirectly hold a 10% or more equity interest in Hulu: The Walt Disney Company, News Corporation, and Comcast Corporation.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jack B. Blumenfeld
Jack B. Blumenfeld (#1014)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com

*Attorneys for Defendant*

OF COUNSEL:

Matthew C. Bernstein
Patrick J. McKeever
PERKINS COIE LLP
11988 El Camino Real
Suite 350
San Diego, CA 92130-3334
(858) 720-5700

April 4, 2014
8145333.1

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2014, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on April 4, 2014, upon the following in the manner indicated:

| | |
|---|---|
| Richard D. Kirk, Esquire<br>Stephen B. Brauerman, Esquire<br>Vanessa R. Tiradentes, Esquire<br>Sara E. Bussiere, Esquire<br>BAYARD, P.A.<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Eugenio Torres-Oyola, Esquire<br>Cristina Arenas-Solis, Esquire<br>FERRAIUOLI LLC<br>221 Plaza 5th Floor<br>221 Ponce de León Ave.<br>San Juan, Puerto Rico 00917<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

/s/ Jack B. Blumenfeld
Jack B. Blumenfeld (#1014)